# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3020
LT Case No. 16-2024-CC-5418

_____

DEMARCUS JEVON STEWARD,

    Appellant,

    v.

EBSCO d/b/a Integra River Run,
LLC,

    Appellee.

_____

On appeal from the County Court for Duval County.
Julie K. Taylor, Judge.

Demarcus Steward, Margaret, Al., pro se.

Daniel S. Weinger and Jack Garwood, of Luks, Santaniello,
Petrillo, Cohen & Peterfriend, Fort Lauderdale, for Appellee.

October 14, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____